IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY CURTIS ECKMAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHIEF MEDICAL DOCTOR, et al,<br><br>            Defendants.<br>_____ / | 1:13-cv-1515 DLB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff also filed a motion seeking leave to proceed in forma pauperis, but the form application he submitted lacks the requisite authorization for the deduction of the filing fee from his trust account as funds are available. 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. **No extension of time will be granted without a showing of good cause**; and

3.   **The failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

**Dated:   September 20, 2013**                            **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE