# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY CURTIS ECKMAN, <br><br> Plaintiff, <br><br> vs. <br><br> JACKSON, et al., <br><br> Defendants. | 1:13cv01515 DLB PC <br><br> ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE <br><br> THIRTY-DAY DEADLINE |

Plaintiff Tommy Curtis Eckman ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 18, 2013.[1]

On February 3, 2014, the Court screened the complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has not complied with the order or otherwise contacted the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff SHALL file a response to this order within THIRTY (30) days of the date of service of this

---

[1] On September 27, 2013, Plaintiff consented to the jurisdiction of the United States Magistrate Judge for all purposes.

1

order.  Plaintiff may also comply with this order by filing his amended complaint within this time frame.

**The failure to comply with this order, or the failure to show good cause, will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 25, 2014**                              /s/ Dennis L. Beck
                                                                              UNITED STATES MAGISTRATE JUDGE