# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY CURTIS ECKMAN, | ) 1:13cv01515 DLB PC |
| Plaintiff, | ) ORDER DISCHARGING ORDER TO SHOW CAUSE |
| vs. | ) (Document 12) |
| JACKSON, et al., | ) |
| Defendants. | ) |

Plaintiff Tommy Curtis Eckman ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 18, 2013.[1]

On March 25, 2014, the Court issued an order to show cause they the action should not be dismissed for Plaintiff's failure to file an amended complaint.

Also on March 25, 2014, Plaintiff filed his amended complaint.

---

[1] On September 27, 2013, Plaintiff consented to the jurisdiction of the United States Magistrate Judge for all purposes.

1

Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 27, 2014**                              /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE