# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY CURTIS ECKMAN,<br><br>   Plaintiff,<br><br>  vs.<br><br>JACKSON, et al.,<br><br>   Defendants. | 1:13cv01515 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(Document 15) |

  Plaintiff Tommy Curtis Eckman ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 18, 2013.[1]  On March 25, 2014, the Court issued an order to show cause they the action should not be dismissed for Plaintiff's failure to file an amended complaint.  Also on March 25, 2014, Plaintiff filed his amended complaint.

  On March 27, 2014, the Court discharged the order to show cause because Plaintiff had filed his amended complaint.

---

[1] On September 27, 2013, Plaintiff consented to the jurisdiction of the United States Magistrate Judge for all purposes.

1

On April 16, 2014, Plaintiff filed a document in which he expressed confusion over receiving both the order to show cause and the order discharging the order to show cause on the same day. The orders were issued within two days of each other, likely leading to the same-day delivery.

Plaintiff need not take any action at this time. The Court will screen his First Amended Complaint in due course.

IT IS SO ORDERED.

Dated:   **April 28, 2014**                              /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE