UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CURSIS ECKMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>JACKSON,<br><br>            Defendant. | No.  1:13-cv-01515 DLB PC<br><br>ORDER AFTER CONSENT OF BOTH PARTIES |

Plaintiff Tommy Curtis Eckman ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 18, 2013.

The action is currently in discovery.

The parties have both consented to the jurisdiction of the United States Magistrate Judge to conduct all proceedings in this action.  Neither party has indicated, however, that an expedited trial would be beneficial in this action.  Accordingly, the Court will set this matter for trial pursuant to its normal procedures, i.e., if and when any claims remain after ruling on dispositive motions.

IT IS SO ORDERED.

   Dated:   **March 5, 2016**                                /s/ *Dennis L. Beck*
                                                                                UNITED STATES MAGISTRATE JUDGE

1