UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CURSIS ECKMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>JACKSON,<br><br>  Defendant. | No. 1:13-cv-01515 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COUNSEL<br><br>(Document 36) |

Plaintiff Tommy Curtis Eckman ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed a motion for the appointment of counsel on March 7, 2015.

Plaintiff does not have a constitutional right to the appointment of counsel in this action. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009); *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). The Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1), but it will do so only if exceptional circumstances exist. *Palmer*, 560 F.3d at 970; *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). In making this determination, the Court must evaluate the likelihood of success on the merits and the ability of Plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Palmer*, 560 F.3d at 970 (citation and quotation marks omitted); *Wilborn*, 789 F.2d at 1331. Neither consideration is

///

1

dispositive and they must be viewed together. *Palmer*, 560 F.3d at 970 (citation and quotation marks omitted); *Wilborn* 789 F.2d at 1331.

In the present case, the Court does not find the required exceptional circumstances. Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. The Court is faced with similar cases almost daily. At this early stage of the proceedings, the Court cannot determine the likelihood of success on the merits, and Plaintiff appears capable of adequately articulating his claims.

Plaintiff also requests counsel because he has a psychiatric diagnosis and takes medication, and he submitted medical records for the Court's review. The Court has reviewed the medical records and while it appears that Plaintiff is taking Celexa for depressive disorder and is in the Mental Health Services Delivery System, the records indicate that Plaintiff is relatively stable and can communicate adequately. Treatment notes from November 2015 indicate that Plaintiff was alert and oriented, with normal speech and good insight, judgment and cognition.

Accordingly, Plaintiff's motion is HEREBY DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **March 11, 2016**               /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE