UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CURSIS ECKMAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>JACKSON,<br><br>                    Defendant. | No.  1:13-cv-01515 DLB PC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>(Document 41) |

Plaintiff Tommy Curtis Eckman ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding on Plaintiff's Second Amended Complaint against Defendant Jackson, and it is currently in discovery.

On April 29, 2016, Defendant filed a motion to modify the Discovery and Scheduling Order. The Court deems the matter suitable for decision without further briefing. Local Rule 230(l).

**<u>DISCUSSION</u>**

Modification of the pretrial scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). "Although the existence or degree of prejudice to the party opposing the

1

modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking the modification." *Johnson*, 975 F.2d at 609. "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." *Zivkovic*, 302 F.3d at 1087 (quoting *Johnson*, 975 F.2d at 609).

Here, Defendant seeks a twenty-eight day extension of the May 2, 2016, discovery deadline so that he may take Plaintiff's deposition. Plaintiff's deposition was scheduled for April 18, 2016, but had to be rescheduled because of a conflict.

For good cause, Defendant's motion is GRANTED. The discovery deadline is extended to **May 30, 2016.** The dispositive motion deadline will remain June 29, 2016.

IT IS SO ORDERED.

Dated:   **May 2, 2016**                             /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE