UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CURSIS ECKMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>JACKSON,<br><br>        Defendant. | No. 1:13-cv-01515 DLB PC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>(Document 43) |

Plaintiff Tommy Curtis Eckman ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding on Plaintiff's Second Amended Complaint against Defendant Jackson.

On June 28, 2016, Defendant filed a motion to modify the Discovery and Scheduling Order. The Court deems the matter suitable for decision without further briefing. Local Rule 230(l).

**DISCUSSION**

Modification of the pretrial scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). "Although the existence or degree of prejudice to the party opposing the

1

modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking the modification." *Johnson*, 975 F.2d at 609. "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." *Zivkovic*, 302 F.3d at 1087 (quoting *Johnson*, 975 F.2d at 609).

Here, Defendant seeks a seven day extension of the June 29, 2016, dispositive motion deadline due to family illnesses which require his attention.

For good cause, Defendant's motion is GRANTED. The dispositive motion deadline is extended to **July 6, 2016.**

IT IS SO ORDERED.

Dated:   **June 29, 2016**                              /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE